NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| D'ANDREA CONSTRUCTION COMPANY, et al. | |
| Plaintiffs, | Civil Action No.: 13-997 (ES)(JAD) |
| v. | MEMORANDUM & ORDER |
| OLD REPUBLIC, et al., | |
| Defendants. | |

**SALAS, DISTRICT JUDGE**

Pending before the Court are plaintiffs D'Andrea Construction Company, Certain Underwriters at Lloyd's of London Subscribing To Policy Number 576/Uh7317100 and Aspen Insurance UK Limited (collectively "Plaintiffs") motion to remand. (D.E. No. 26). On September 16, 2014, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation that the undersigned grant Plaintiff's motion to remand. (D.E. No. 38). The parties had fourteen days to file and serve any objections to Judge Dickson's Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). To date, neither party has filed any objections.

Having reviewed the parties' submissions and Judge Dickson's Report and Recommendation, and for the reasons stated therein,

**IT IS** on this 6th day of October 2014,

**ORDERED** that this Court adopts Magistrate Judge Dickson's Report and Recommendation, (D.E. No. 38), in full, as the Opinion of this Court; and it is further

**ORDERED** that Plaintiffs' motion to remand, (D.E. No. 26), is GRANTED in relevant part; and it is further

**ORDERED** that this matter is hereby REMANDED to Superior Court of New Jersey, Bergen County, Law Division.

       */s/ Esther Salas*
       **Esther Salas, U.S.D.J.**